Entered: August 25th, 2020
Signed: August 24th, 2020

**SO ORDERED**



MICHELLE M. HARNER
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MARYLAND (BALTIMORE)

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAM P. LEISHEAR ) | CASE NO. 20-13138-MMH |
| and ) | (CHAPTER 7) |
| ERIN L. LEISHEAR, ) | |
| ) | |
| DEBTORS. ) | |
| ) | |

### ORDER AUTHORIZING EMPLOYMENT OF BK GLOBAL REAL ESTATE SERVICES PURSUANT TO 11 U.S.C. § 327

THIS MATTER came before the Court pursuant to the Trustee's Application to Employ BK Global Real Estate Services and ExecuHome Realty pursuant to 11 U.S.C. § 327. The Court, having reviewed the Application to Retain BK Global Real Estate Services and ExecuHome Realty, finds that BK Global Real Estate Services and ExecuHome Realty hold no interest adverse to the estate, and are disinterested parties as required by 11 U.S.C. §327(a), and having determined that the employment of a real estate broker and agent is necessary and in the best interest of the estate, does:

ORDER THAT:

114693\000008\4811-2400-8646.v1

1. The Trustee is authorized to employ BK Global Real Estate Services and ExecuHome Realty, as real estate broker and agent of the estate. for the purpose of marketing and selling the real property located at:

426 BOSTONIAN WAY HAVRE DE GRACE, MD 21078

> **Parcel Number**: 06-066151
>
> **Tax ID**: 066151
>
> **Zoning**: R2
>
> **City/Municipality/Township**: HAVRE DE GRACE
>
> **Census Tract**: 240253063.003008
>
> **Carrier Route**: R007
>
> **Abbreviated Description**: DIST:06 CITY/MUNI/TWP:HAVRE DE GRACE LOT 985 3360 SF 426 BOSTONIAN WAY BULLE ROCK PT 117/79 MAP REF:44 3D 707

2. The employment is effective as of the entry of this order.

3. Compensation to BK Global Real Estate Services and Execuhome Realty shall be paid and expenses reimbursed as awarded by the Court upon proper application or in conjunction with an Order entered by the Court approving the sale of the real property at issue

IT IS SO ORDERED

cc:   Michael Charles Bolesta   mbole@gebsmith.com
      Rasneek Gujral   rgujral@reesbroome.com, sstewart@reesbroome.com
      Patricia B. Jefferson   bktrustee@milesstockbridge.com, MD68@ecfcbis.com
      Stephen A. Metz   smetz@offitkurman.com, mmargulies@offitkurman.com
      Brittany Marie Taylor   btaylor@rascrane.com

**END OF ORDER**

114693\000008\4811-2400-8646.v1